UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D'AYN SMITH,<br><br>                    Plaintiff,<br><br>vs.<br><br>SWIFT TRANSPORTATION CO.<br>OF ARIZONA, LLC,<br><br>                    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:20-CV-5091-VMC |

## J U D G M E N T

This action having come before the court, Honorable Victoria M. Calvert, United States District Judge, for consideration of the Magistrate Judge's Final Report and Recommendation, and the Court having adopted said Report and Recommendation, and granted the Defendant's Motion for Summary Judgment,

**IT IS Ordered and Adjudged** that the action be **DISMISSED.**

Dated at Atlanta, Georgia, this 16th day of March, 2023.

                                        KEVIN P. WEIMER
                                        CLERK OF COURT

                              By:   *s/ L. Beck*
                                        L. Beck, Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
March 16, 2023
Kevin P. Weimer
Clerk of Court

By:   *s/ L. Beck*
         Deputy Clerk